No. 77–6864. TAYLOR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6865. KOWALAK *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 77–6866. VALLIER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–6867. BATTLE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 77–6870. STOKES *v.* FAIR, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied.

No. 77–6871. SNEAD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–6872. DEFALCO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–6873. HARO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–6874. TRAYLOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6875. THOMAS ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–6877. CRAWFORD *v.* UNITED STATES; and
No. 77–6906. BIARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 576 F. 2d 794.

No. 77–6878. GREEN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–6880. MUNOZ *v.* GOVERNMENT OF THE CANAL ZONE. C. A. 5th Cir. Certiorari denied.

No. 77–6881. FONTAINE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.